UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

IN RE: MARK JAMES HARRISON JR

Debtor(s)                                                                                       CASE NO: 08-93457

## TRUSTEE'S NOTICE OF UNCLAIMED DIVIDENDS

Pursuant to Fed.R.Bankr.P. 3011, Joseph M. Black, Jr., trustee herein, submits the following notice of unclaimed dividends to the Court.

| **Payee(s)** | **Last Known Address(es)** | **Amount(s)** |
|---|---|---|
| SALLIE MAE GUARANTY SERVICES | ATTN DEPOSIT OPERATIONS<br>PO BOX 7167<br>INDIANAPOLIS, IN 46206-7167 | $ 100.32 |
| | Total Amount: | $ 100.32 |

Dated:   January 17, 2014  .

/s/ Joseph M. Black, Jr.
Joseph M. Black, Jr., Trustee
PO Box 846
Seymour, IN 47274
Phone: (812)524-7211
Fax:   (812)523-8838
Email: jblacktrustee@trustee13.com

**(NOTE: All checks should be mailed to the Indianapolis Clerk's Office, 46 E. Ohio Street, Suite 116, Indianapolis, IN 46204-4329, not to the divisional offices. Attach a copy of this notice to the check. Only remit one check per notice regardless of whether 1 or 250 claimants are listed on this notice.)**