UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

IN RE:      MARK JAMES HARRISON JR

Debtor(s)                                                          CASE NO:  08-93457

## TRUSTEE'S NOTICE OF UNCLAIMED DIVIDENDS

Pursuant to Fed.R.Bankr.P. 3011, Joseph M. Black, Jr., trustee herein, submits the following notice of unclaimed dividends to the Court.

| Payee(s) | Last Known Address(es) | Amount(s) |
|---|---|---|
| SALLY MAE, INC ON BEHALF OF UNITED STUDENT AID FUNDS, INC | | |
| | C/O SALLIE MAE GURANTEE SERVICES-MC8303 (USAF) | |
| | ATTN DEPOSIT OPERATION; PO BOX 7167 | |
| | INDIANAPOLIS, IN 46206-7167 | |
| | | $   146.94 |

Total Amount: $       146.94

Dated:      January 17, 2014   .

 /s/ Joseph M. Black, Jr.
Joseph M. Black, Jr., Trustee
PO Box 846
Seymour, IN 47274
Phone:   (812)524-7211
Fax:       (812)523-8838
Email:   jblacktrustee@trustee13.com

**(NOTE: All checks should be mailed to the Indianapolis Clerk's Office, 46 E. Ohio Street, Suite 116, Indianapolis, IN 46204-4329, not to the divisional offices.  Attach a copy of this notice to the check. Only remit one check per notice regardless of whether 1 or 250 claimants are listed on this notice.)**